DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PATRICIA A. FERENCAK** a/k/a PATRICIA FERENCAK
a/k/a PATRICIA ANNE FERENCAK,
Appellant,

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY,** as
Trustee for GSAMP TRUST 2006-HEI,
Appellee.

No. 4D18-2719

[December 19, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; G. Joseph Curley, Jr., Judge; L.T. Case No. 50-2017-CA-008345-XXXX-MB.

Jerome L. Tepps of Jerome L. Tepps, P.A., Sunrise, for appellant.

Kimberly S. Mello and Vitaliy Kats of Greenberg Traurig, P.A., Tampa, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, TAYLOR and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***